# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WARD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, et al.,<br><br>　　　　Respondents. | Case No. EDCV 19-307 DSF (RAO)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Summarily Dismissing Habeas Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: February 22, 2019

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE